UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FABIAN SANTILLAN,

Plaintiff,

v.

AMAZON.COM, INC., *et al.*,

Defendants.

Case No. 1:26-cv-01302-KES-CDB

ORDER ON STIPULATION AMENDING SCHEDULING ORDER AS MODIFIED

(Doc. 24)

Plaintiff Fabian Santillan ("Plaintiff") initiated this action with the filing of a complaint in state court on January 9, 2026, before Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Defendants") removed the case to this Court on February 13, 2026. (Doc. 1).

On May 12, 2026, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 17). Following review of the parties' joint mid-discovery status conference report (Doc. 22), on September 25, 2026, the Court vacated the mid-discovery status conference set for October 1, 2026, and reminded the parties of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates. (Doc. 23). Additionally, the Court denied the parties' summary request for a 90-day extension of all remaining case management dates. *Id.* (Citing Doc. 17 at 9).

**Discussion**

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend all remaining case management dates by 90 days, filed on October 2, 2026. (Doc. 24).

The parties represent that Defendants will depose Plaintiff on November 5, 2026, the current non-expert discovery deadline, and do not have time under the current schedule for any follow-up discovery. *Id.* at 5. The parties agreed to schedule Defendants' Rule 30(b)(6) deposition for November 12, 2026, one week after non-expert discovery is closed. *Id.* The parties represent that Plaintiff noticed eight depositions of Amazon personnel between October 19 and October 22, 2026, but that these depositions cannot reasonably be completed by the November 5, 2026, deadline. *Id.* at 6. The parties anticipate that Plaintiff's responses to Defendants' request for discovery will require follow-up, including conferring under Local Rule 251(b), supplemental responses or production, and if a dispute cannot be resolved, resolution through the Court's informal discovery dispute procedures, "none of which can be completed before November 5, 2026." *Id.* at 7. The parties represent good cause exists for the requested extension because the parties have been diligent in serving written discovery and scheduling depositions, and despite that diligence, the remaining discovery cannot be completed by the non-expert discovery deadline. *Id.* at 8. The parties represent that 90 days is the shortest extension that realistically accommodates the remaining discovery to be completed. *Id.* at 9. The parties also represent they do not rely on their settlement discussions as grounds for their request, nor do they rely on the fact that Defendants' new lead trial counsel recently joined the case and needs time to become familiar with this case. *Id.* at 9-10.

Based on the parties' representations, the Court finds good cause to grant the parties' stipulated request to amend case management dates consistent with the parties' request as modified below.

In light of the significant extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time absent extraordinary circumstances and expects the parties to undertake any settlement or mediation efforts in parallel with these extended deadlines without any expectation that additional extensions of time will be granted.

///

///

///

**Conclusion and Order**

Considering the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 17) is amended as modified as set forth below:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Non-Expert Discovery | November 5, 2026 | February 3, 2027 |
| Expert Disclosure | November 19, 2026 | February 17, 2027 |
| Rebuttal Expert Disclosure | December 16, 2026 | March 16, 2027 |
| Expert Discovery | January 15, 2027 | April 15, 2027 |
| Non-Dispositive Motion Filing | January 29, 2027 | April 29, 2027 |
| Non-Dispositive Motion Hearing (CDB) | March 5, 2027, 10:30 AM | June 3, 2027, 10:30 AM |
| Dispositive Motion Filing | April 2, 2027 | July 1, 2027 |
| Dispositive Motion Hearing (KES) | May 17, 2027, 1:30 PM | August 16, 2027, 1:30 PM |
| Pretrial Conference (KES) | September 27, 2027, 1:30 PM | January 10, 2028, 1:30 PM |
| Jury Trial (KES) | November 30, 2027, 8:30 AM | March 7, 2028, 8:30 AM |

All other provisions of the operative scheduling order (Doc. 17) not in conflict with the modifications granted herein remain in effect.

IT IS SO ORDERED.

Dated: **October 5, 2026**

UNITED STATES MAGISTRATE JUDGE